***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted September 9, appeal dismissed October 26, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN IVAN SHEPHERD,
*Defendant-Appellant.*

Union County Circuit Court
19CR15959; A176401

Thomas B. Powers, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kristin A. Carveth, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

PER CURIAM

Appeal dismissed. ORS 138.035(3); *State v. Hunt*, 307 Or App 71, 476 P3d 530 (2020), *rev den*, 367 Or 535 (2021).[1]

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).